# Court of Appeals
# of the State of Georgia

ATLANTA,  July 03, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0420.  ISAAC K. ZICO FORMERLY ISAAC OBENG v. THE STATE.**

In 2001, Isaac K. Zico, formerly known as Isaac Obeng, pled guilty to obstruction of a law enforcement officer.  On June 11, 2012, he filed in this Court a "Motion to Reopen, Withdraw Plea and Set Aside Conviction," which we docketed as an application for discretionary appeal.  From the materials submitted, it appears that Zico has not filed this motion in the trial court.  The only orders included with his application are the judgment of conviction and sentence from 2001, and an order for change of name from 2000.

We lack jurisdiction to grant Zico the relief he requests.  To the extent he seeks to appeal his 2001 conviction, we lack jurisdiction because this application is untimely.  See OCGA § 5-6-35 (d) (applications for discretionary appeal must be filed within 30 days of the order on appeal).  To the extent he seeks review of his motion to reopen, withdraw plea, and set aside conviction, we lack jurisdiction because the trial court apparently has not yet considered that motion. See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010) (in the absence of a ruling by the trial court, we have nothing to review); see also *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009) ("Inasmuch as we are a court for the correction of errors, we do not consider issues which were not raised below and ruled on by the trial court."). Accordingly, this application is hereby DISMISSED. [1]

---

[1] It appears that Zico's motion/application would be more appropriately addressed by the trial court. Accordingly, we note that Zico may wish to file his motion in the Superior Court of Douglas County.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 07/03/2012

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*